**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OLIVE GROUP FZ-LLC, | ) |
|     *Petitioner*, | ) |
| v. | ) Case No. |
| AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF ISLAMIC REPUBLIC OF AFGHANISTAN | ) |
|     *Respondent*. | ) |

**AFFIDAVIT OF ENAYAT QASIMI, ESQUIRE,**
**IN SUPPORT OF PETITION TO RECOGNIZE AND ENFORCE**
**FOREIGN ARBITRATION AWARD**

I, Enayat Qasimi, am over eighteen years of age and am competent to testify to the facts provided in this Affidavit. Accordingly, I declare and affirm the following under the penalties of perjury:

1. I am a partner in the law firm of Whiteford, Taylor & Preston, LLP ("**Whiteford**") and am licensed to practice law in the District of Columbia. My office address is 1800 M Street, NW, Suite 450N, Washington, D.C. 20036. I served as legal counsel to Olive Group FZ-LLC ("**Olive Group**") in the arbitration brought by Olive Group against Afghanistan Civil Aviation Authority, Government of Islamic Republic of Afghanistan ("**ACAA**"), Permanent Court of Arbitration ("**PCA**") Case No. 2021-34 (the "**Arbitration**").

2. I make this Affidavit in support of Olive Group's Petition to Recognize and Enforce Foreign Arbitration Award, and am fully familiar with the facts set forth herein.

3. A true and correct copy of the foreign arbitration award rendered in the Arbitration in Dubai, United Arab Emirates (the "**Final Award**"), dated November 28, 2023, is attached hereto as **Exhibit 1**.

1

2

4. A true and correct copy of a duly certified copy of the contract, Contract No. NPA/ACCA/96/NCS-1889/ICB dated August 4, 2018, between ACAA and Olive Group under which Olive Group was to procure security services for four international airports in Afghanistan (the "**ANAP Contract**") is attached hereto as **Exhibit 2**.

5. The ANAP Contract contained the parties' arbitration agreement upon which the arbitrator's jurisdiction was founded.

I solemnly declare and affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing Affidavit are true and correct.

Date: July 23, 2024

*/s/ Enayat Qasimi*
Enayat Qasimi (D.C. Bar No. 987877)
Whiteford, Taylor & Preston L.L.P.
1800 M Street, N.W., Suite 450N
Washington, D.C. 20036
Telephone: (202) 659-6792
Email: eqasimi@whitefordlaw.com

*13591971*

2