# EXHIBIT 2A

**Subar, Ilana**

| | |
|---|---|
| **From:** | Muhib-Ullah Zahid <mzahid.afg@gmail.com> |
| **Sent:** | Tuesday, May 3, 2022 3:39 PM |
| **To:** | vleginsky@arbitralis.com |
| **Cc:** | Subar, Ilana; Ghulam Jailani; Qasimi, Enayat; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; Nadhrah Naela Abdullah; s Túlio Di Giacomo Toledo; satargharwal@gmail.com; Hasibullah Soroush |
| **Subject:** | Re: [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN |
| **Attachments:** | image001.jpg; image005.jpg; image006.png; image007.jpg; image008.jpg; image009.jpg; image004.jpg |

Dear Mr. Leginsky,

Due to the Eid-Al-Fitr holidays, MoTA operations have been closed since couple of days. Meanwhile, we have an ongoing internal discussion about hiring the cousel for following the case moving forward. We'll get back to you with the follow-up.

Regards,

Muhib Ullah Zahid
Legal Advisor

Ministry of Transport and Aviation


On Thu, Apr 28, 2022, 5:36 PM <vleginsky@arbitralis.com> wrote:

> Dear Mesdames and Sirs:
>
> I just received (28/04/2022 3:41 PM EEST) the following email from jailaniw63@gmail.com copied to the following email addresses: mzahid.afg@gmail.com; farhad_przd@yahoo.com
>
> The email is reproduced in full for the benefit of the Claimant and the PCA, who were not copied.
>
> "*Dear Mr. Leginsky,*
>
> *The Ministry of Transport and Aviation (MoTA) conveys its heartfelt regards.*

1