# EXHIBIT 2B

**Subar, Ilana**

| | |
|---|---|
| **From:** | Muhib-Ullah Zahid <mzahid.afg@gmail.com> |
| **Sent:** | Thursday, May 12, 2022 3:02 PM |
| **To:** | vleginsky@arbitralis.com |
| **Cc:** | Subar, Ilana; Ghulam Jailani; Qasimi, Enayat; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; Nadhrah Naela Abdullah; s Túlio Di Giacomo Toledo; satargharwal@gmail.com; Hasibullah Soroush |
| **Subject:** | Re: [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN |

Dear Leginsky,

We would like to express our sincere gratitude for considering our request of extension. Since, the afghan new government has not yet been recognized, counsel outside the country is not willing to work with us. But we are still trying our best to hire counsel. Please note that, we are in contact with a number of legal entities and will soon reach the desired conclusion, hence we are requesting a further extension of 10 days in order to hire the counsel.

We would like to thank you for taking the time to consider our request.

Meanwhile, we couldn't gain access to the site shared, please send us the required link.

Regards,

**Muhib Ullah Zahid**
Legal Advisor

=========================================



**MINISTRY of TRANSPORT & AVIATION (MoTA)**
01 RTA Road | Ansari Watt | Kabul, Afghanistan
T: +93 (0) 20 231 2823   |   M: +93 700 85-6717
E: mzahid.afg@gmail.com   |   W: www.acaa.gov.af

On Wed, May 4, 2022 at 1:43 PM <vleginsky@arbitralis.com> wrote:

> Dear Mesdames and Sirs:

1