# EXHIBIT 2C

**Subar, Ilana**

---

| | |
|---|---|
| **From:** | Muhib-Ullah Zahid <mzahid.afg@gmail.com> |
| **Sent:** | Monday, May 16, 2022 12:46 AM |
| **To:** | vleginsky@arbitralis.com |
| **Cc:** | Subar, Ilana; Ghulam Jailani; Qasimi, Enayat; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; Nadhrah Naela Abdullah; s Túlio Di Giacomo Toledo; satargharwal@gmail.com; Hasibullah Soroush |
| **Subject:** | Re: [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN |

Dear Mr. Leginsky,

This is to acknowledge receipt of your email. We have corresponded with the office of the prime minister, to get confirmation of arranging the payments throughout the whole course of the arbitration to be processed from the internal budget of MoTA in coordination with the Ministry of Finance. We will let you know once the formal confirmation for payment is made.

Your cooperation in this regard is highly appreciated.

Regards,

**Muhib Ullah Zahid**
Legal Advisor

========================================



MINISTRY of TRANSPORT & AVIATION (MoTA)
01 RTA Road | Ansari Watt | Kabul, Afghanistan
T: +93 (0) 20 231 2823   M: +93 700 85-6717
E: mzahid.afg@gmail.com   W: www.acaa.gov.af

On Fri, May 13, 2022 at 1:03 PM <vleginsky@arbitralis.com> wrote:

> Dear Mesdames and Sirs: