# EXHIBIT 2D

## Subar, Ilana

| | |
|---|---|
| **From:** | Muhib-Ullah Zahid <mzahid.afg@gmail.com> |
| **Sent:** | Tuesday, May 24, 2022 3:37 PM |
| **To:** | vleginsky@arbitralis.com |
| **Cc:** | Subar, Ilana; Ghulam Jailani; Qasimi, Enayat; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; Nadhrah Naela Abdullah; s Túlio Di Giacomo Toledo; satargharwal@gmail.com; Hasibullah Soroush; angarzazai@yahoo.com; anoorahmadzai@gmail.com; Sayed Javed Mahboob |
| **Subject:** | Re: [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN |

Dear Mr. Leginsky,


With reference to our request to secure outside counsel, kindly please note that we have approached a number of outside counsels, but considering the current political status in Afghanistan we are being faced with many obstacles in securing the counsel. However, we wish to reach an agreement with one of them in due course. In order for our legal representatives to apprise themselves of the matter and provide them with all documentation and information available on record to these arbitration proceedings, we would most-earnestly request that this Tribunal allow for further extension in the period for securing and apprising of the counsel by **twenty (20)** days given the unique set of circumstances.


Thank you for your understanding and kind consideration in this regard.



Regards,

**Muhib Ullah Zahid**
Legal Advisor


========================================



**MINISTRY of TRANSPORT & AVIATION (MoTA)**
01 RTA Road | Ansari Watt | Kabul, Afghanistan
T: +93 (0) 20 231 2823 | M: +93 700 85-6717
E: mzahid.afg@gmail.com | W: www.acaa.gov.af



On Tue, May 24, 2022 at 10:50 AM <vleginsky@arbitralis.com> wrote:

1