# EXHIBIT 2E

# Subar, Ilana

| | |
|---|---|
| **From:** | Muhib-Ullah Zahid <mzahid.afg@gmail.com> |
| **Sent:** | Saturday, June 11, 2022 3:36 AM |
| **To:** | vleginsky@arbitralis.com |
| **Cc:** | Subar, Ilana; Qasimi, Enayat; Ghulam Jailani; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; Nadhrah Naela Abdullah; s Túlio Di Giacomo Toledo; satargharwal@gmail.com; Hasibullah Soroush; angarzazai@yahoo.com; anoorahmadzai@gmail.com; Sayed Javed Mahboob |
| **Subject:** | Re: [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN |

Dear Mr. Leginsky,

We appreciate your patience and support on this matter. So thank you for your patience and understanding in this regard. In relation to our discussion with the Prime Minister's office in respect to the payment of advance on costs, they have referred the issue to the office of The Acting Prime Minister. The issue will be discussed at the Economic Commission meeting scheduled on Sunday (June 07) chairing by Mullah Abdul Ghani Baradar. We will update you accordingly.

Regards,

**Muhib Ullah Zahid**
Legal Advisor

========================================



MINISTRY of TRANSPORT & AVIATION (MoTA)
01 RTA Road | Ansari Watt | Kabul, Afghanistan
T: +93 (0) 20 231 2823  |  M: +93 700 85-6717
E: mzahid.afg@gmail.com  |  W: www.acaa.gov.af

On Thu, Jun 2, 2022 at 10:36 AM <vleginsky@arbitralis.com> wrote:

Dear Sirs and Mesdames:

The Respondent, in its email below, asks for a continued extension of time in respect of its participation in this arbitration to retain and instruct competent outside legal counsel.