# EXHIBIT 2F

**Subar, Ilana**

| | |
|---|---|
| **From:** | Muhib-Ullah Zahid <mzahid.afg@gmail.com> |
| **Sent:** | Wednesday, July 13, 2022 12:03 AM |
| **To:** | vleginsky@arbitralis.com |
| **Cc:** | Subar, Ilana; Qasimi, Enayat; Ghulam Jailani; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; Nadhrah Naela Abdullah; s Túlio Di Giacomo Toledo; satargharwal@gmail.com; Hasibullah Soroush; angarzazai@yahoo.com; anoorahmadzai@gmail.com; Sayed Javed Mahboob |
| **Subject:** | Re: [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN |

Dear Mr. Leginsky - this is to acknowledge receipt of your email set out below.

Regards,

**Muhib Ullah Zahid**
Legal Advisor

==========================================



MINISTRY of TRANSPORT & AVIATION (MoTA)
01 RTA Road | Ansari Watt | Kabul, Afghanistan
T: +93 (0) 20 231 2823   M: +93 700 85-6717
E: mzahid.afg@gmail.com   W: www.acaa.gov.af

On Sun, Jul 10, 2022 at 4:28 PM <vleginsky@arbitralis.com> wrote:
> Dear Sirs and Mesdames:
>
> As set out in the email below, in order to allow the Respondent to have an opportunity to present its case, I ask the following questions to be answered by the Respondent. The Claimant is kindly requested to correct any incorrect or incomplete summarization done in the below by 18 July 2022.
>
> Also by 18 July 2022, could I kindly hear from the Parties as to their views of an adequate time limit for the Respondent to reply to the foregoing and provide its responses to the below questions?

1