# EXHIBIT 2H

**Subar, Ilana**

| | |
|---|---|
| **From:** | Muhib-Ullah Zahid <mzahid.afg@gmail.com> |
| **Sent:** | Friday, May 5, 2023 12:58 PM |
| **To:** | vleginsky@arbitralis.com |
| **Cc:** | Qasimi, Enayat; Rishi Agarwal; Subar, Ilana; Túlio Di Giacomo Toledo; eng.omar1877@gmail.com; farhad_przd@yahoo.com; fida@mfa.af; hazratburhani313@gmail.com; jailaniw63@gmail.com; javed.mahboob@gmail.com; muftitalha1443@gmail.com; s.hasib78@gmail.com; satargharwal@gmail.com; zahirknd@yahoo.com |
| **Subject:** | Re: [EXTERNAL] RE: PCA CASE N° 2021-34 – OLIVE GROUP FZ-LLC (UNITED ARAB EMIRATES) V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF ISLAMIC REPUBLIC OF AFGHANISTAN |
| **Attachments:** | image_6483441.JPG |

Dear Mr. Leginsky,

This is to inform you that the Respondent has made a payment of **AED 145,625** by telegraphic transfer to your provided bank account by 5 MAY 2023.

Please find the attached copy of the transaction and kindly give your confirmation.

Regards,

**Muhib Ullah Zahid**
Legal Advisor

========================================



MINISTRY of TRANSPORT & AVIATION (MoTA)
01 RTA Road | Ansari Watt | Kabul, Afghanistan
T: +93 (0) 20 231 2823   M: +93 700 85-6717
E: mzahid.afg@gmail.com   W: www.acaa.gov.af

On Thu, May 4, 2023 at 2:45 PM <vleginsky@arbitralis.com> wrote:

> Dear Sirs and Mesdames:
>
> Thank you very much for your kind attention. I have two matters to raise: