# Subar, Ilana

| | |
|---|---|
| **From:** | vleginsky@arbitralis.com |
| **Sent:** | Thursday, April 28, 2022 9:06 AM |
| **To:** | Subar, Ilana; jailaniw63@gmail.com |
| **Cc:** | Qasimi, Enayat; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; S.HASIB78@GMAIL.COM; 'Nadhrah Naela Abdullah'; 'Túlio Di Giacomo Toledo'; mzahid.afg@gmail.com |
| **Subject:** | RE: [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC  V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN |

Dear Mesdames and Sirs:

I just received (28/04/2022 3:41 PM EEST) the following email from jailaniw63@gmail.com copied to the following email addresses: mzahid.afg@gmail.com; farhad_przd@yahoo.com

The email is reproduced in full for the benefit of the Claimant and the PCA, who were not copied.

"*Dear Mr. Leginsky,*

*The Ministry of Transport and Aviation (MoTA) conveys its heartfelt regards.*
*We are writing to offer our sincere apology for missing the earlier deadlines in regards to the case. Please note that the former Afghanistan Civil Aviation Authority (ACAA) has been merged to the Ministry of Transport, thus the Ministry of Transport and Aviation.*
*The change of regime in Afghanistan was a grand event that interrupted the entire government operation and had adverse impact on communication among and within government institutions. As a result, most of the court's email communications did not reach to the leadership of the MoTA and just recently, the Minister of Transport and Aviation was notified of the matter.*
*It is important to note that we have enough evidence relevant to the case that may completely change the Tribunal's view.*
*We, therefore, plea for time extension to have the opportunity to present our arguments to ensure fair decisions made by the Tribunal.*

*Captain Ghulam Jailani wafa*
*Deputy Minister ACAA*"

Captain Ghulam Jailani Wafa, while I appreciate the participation of the Respondent, please ensure that you copy all of the participants set out in the 'To' and 'Cc' boxes above.

I would therefore ask the Respondent exactly what sort of participation it is currently requesting, so that I may consult with the Claimant as to Claimant's precise position. All of the evidence to date can be uploaded to the Box online platform for the Respondent to view. If it is not currently there, it can be uploaded very quickly. Beyond that, I would ask the Respondent what form of submission it wishes to provide. Also, what time frame or extension is the Respondent seeking to provide such submission?

I look forward to hearing from the Respondent by 3 May 2022 with respect to what precisely it is requesting of the Sole Arbitrator and the precise time extension that it is seeking.

Thank you for your kind attention.

Sincerely,

**Victor P. Leginsky, Chartered Arbitrator**
**B.Ed., J.D., FCIArb; Certified Mediator**

  

**Mobile +971 50 457 3770**
**Arbitralis ADR**
**Office 2108 Regal Tower**, **Business Bay, DUBAI, UAE**
**E: vleginsky@arbitralis.com**

---

**From:** vleginsky@arbitralis.com <vleginsky@arbitralis.com>
**Sent:** Tuesday, 26 April 2022 10:47 AM
**To:** 'Subar, Ilana' <isubar@wtplaw.com>
**Cc:** 'Qasimi, Enayat' <EQasimi@wtplaw.com>; 'farhad.perzad@acaa.gov.af' <farhad.perzad@acaa.gov.af>; 'farhad_przd@yahoo.com' <farhad_przd@yahoo.com>; 'S.HASIB78@GMAIL.COM' <S.HASIB78@GMAIL.COM>; 'jailaniw63@gmail.com' <jailaniw63@gmail.com>; 'Nadhrah Naela Abdullah' <nabdullah@pca-cpa.org>; 'Túlio Di Giacomo Toledo' <ttoledo@pca-cpa.org>
**Subject:** RE: [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN
**Importance:** High

Dear Mesdames and Sirs:

I am in receipt of the views of the Claimant, set out below, as to the hearing and witnesses. I would ask the Respondent to provide its views by close of business 28 April 2022.

Thank you for your kind attention.

Sincerely,

**Victor P. Leginsky, Chartered Arbitrator**
**B.Ed., J.D., FCIArb; Certified Mediator**

  

**Mobile +971 50 457 3770**
**Arbitralis ADR**

Office 2108 Regal Tower, Business Bay, DUBAI, UAE
E: vleginsky@arbitralis.com

---

**From:** Subar, Ilana <isubar@wtplaw.com>
**Sent:** Sunday, 24 April 2022 9:29 PM
**To:** vleginsky@arbitralis.com
**Cc:** Qasimi, Enayat <EQasimi@wtplaw.com>; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; S.HASIB78@GMAIL.COM; jailaniw63@gmail.com; 'Nadhrah Naela Abdullah' <nabdullah@pca-cpa.org>; 'Túlio Di Giacomo Toledo' <ttoledo@pca-cpa.org>
**Subject:** RE: [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN

Dear Mr. Leginsky:
Thank you for your email below. Claimant reserves the right to submit an additional witness statement by the April 28, 2022 deadline, but does not intend to call live witnesses. Claimant is agreeable to a virtual hearing/forum to allow any clarification questions of counsel.

Thank you,
Ilana Subar & Enayat Qasimi
*Counsel for Claimant*



**Ilana Subar** | *Partner*
7 Saint Paul St. | Baltimore, MD | 21202
**t:** 410-347-9419 | **f:** 410.223.4319
isubar@wtplaw.com | www.wtplaw.com

 

---

**From:** vleginsky@arbitralis.com <vleginsky@arbitralis.com>
**Sent:** Wednesday, April 20, 2022 12:25 PM
**To:** Subar, Ilana <isubar@wtplaw.com>
**Cc:** Qasimi, Enayat <EQasimi@wtplaw.com>; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; S.HASIB78@GMAIL.COM; jailaniw63@gmail.com; 'Nadhrah Naela Abdullah' <nabdullah@pca-cpa.org>; 'Túlio Di Giacomo Toledo' <ttoledo@pca-cpa.org>
**Subject:** RE: [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN

Dear Mesdames and Sirs:

I acknowledge receipt of the email below from the Claimant.

My current view, subject to the comments of the Parties, is to have a short virtual hearing either to pose questions to counsel or to hear from witnesses, if called. I often find it useful to have a forum to ask

clarification questions of counsel even if witnesses are not called. I do not see any necessity of having a face – to – face hearing.

I look forward to comments from the Parties by 24 April 2022 on the above view.

Sincerely,

**Victor P. Leginsky, Chartered Arbitrator**
B.Ed., J.D., FCIArb; Certified Mediator

 

**Mobile +971 50 457 3770**
**Arbitralis ADR**
**Office 2108 Regal Tower**, **Business Bay, DUBAI, UAE**
E: vleginsky@arbitralis.com

---

**From:** Subar, Ilana <isubar@wtplaw.com>
**Sent:** Wednesday, 20 April 2022 7:03 PM
**To:** vleginsky@arbitralis.com
**Cc:** Qasimi, Enayat <EQasimi@wtplaw.com>; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; S.HASIB78@GMAIL.COM; jailaniw63@gmail.com; 'Nadhrah Naela Abdullah' <nabdullah@pca-cpa.org>; 'Túlio Di Giacomo Toledo' <ttoledo@pca-cpa.org>
**Subject:** RE: [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN

Dear Mr. Leginsky:

At this point, Claimant is not intending to call witnesses at the hearing.  However, Claimant may submit additional written witness statements by the April 28, 2022 deadline.  Accordingly, Claimant proposes that the Sole Arbitrator consider deciding the case based on the written submissions only, without holding a hearing.

Please let us know how you intend to proceed so that we can plan accordingly.

Thank you,
Ilana Subar
*Counsel for Claimant*



**Ilana Subar** | *Partner*
7 Saint Paul St. | Baltimore, MD | 21202
**t:** 410-347-9419 | **f:** 410.223.4319
isubar@wtplaw.com | www.wtplaw.com



**From:** vleginsky@arbitralis.com <vleginsky@arbitralis.com>
**Sent:** Tuesday, April 19, 2022 11:19 AM
**To:** Subar, Ilana <isubar@wtplaw.com>
**Cc:** Qasimi, Enayat <EQasimi@wtplaw.com>; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; S.HASIB78@GMAIL.COM; jailaniw63@gmail.com; 'Nadhrah Naela Abdullah' <nabdullah@pca-cpa.org>; 'Túlio Di Giacomo Toledo' <ttoledo@pca-cpa.org>
**Subject:** RE: [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN

Dear Mesdames and Sirs:

I acknowledge receipt of the below email from the Claimant inquiring about the Oral Phase of the proceeding.

The item, "Witness Statements and Initial Witness Notifications of Attendance" allows for a step in the proceeding when the Parties can produce their Witness Statements and indicate that they wish to call witnesses for the Oral Hearing, scheduled for 23 May 2022 through 26 May 2022.

Without prejudice to the Respondent's opportunity to provide Witness Statements and address the attendance of its potential witnesses at the deadline of 28 April 2022, perhaps I could ask the Claimant to indicate at this point whether it is intending to call witnesses. While not determinative, the presence of witnesses is often informative as to whether or not an oral hearing may be held.

Sincerely,

**Victor P. Leginsky, Chartered Arbitrator**
**B.Ed., J.D., FCIArb; Certified Mediator**

 

**Mobile +971 50 457 3770**
**Arbitralis ADR**
**Office 2108 Regal Tower**, **Business Bay, DUBAI, UAE**
**E:** **vleginsky@arbitralis.com**

**From:** Subar, Ilana <isubar@wtplaw.com>
**Sent:** Tuesday, 19 April 2022 6:00 PM
**To:** vleginsky@arbitralis.com
**Cc:** Qasimi, Enayat <EQasimi@wtplaw.com>; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; S.HASIB78@GMAIL.COM; jailaniw63@gmail.com; 'Nadhrah Naela Abdullah' <nabdullah@pca-cpa.org>; 'Túlio Di Giacomo Toledo' <ttoledo@pca-cpa.org>

**Subject:** RE: [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN

Dear Mr. Leginsky:

Thank you for email.  We are requesting clarification on behalf of Claimant regarding the remaining timetable in these arbitral proceedings.  Specifically, we would appreciate your position on the following:

1. Whether you are going to convene an oral hearing as per the procedural calendar, even though it is likely that Respondent will not appear at any such hearing.
2. If you are going to convene an oral hearing, whether the hearing will be in-person in Dubai or via videoconference and recorded.  International travel arrangements will need to be made very soon if there will be a hearing in Dubai beginning on May 23.  Also, we would need to know the exact location in Dubai of any hearing, so that we can make appropriate hotel reservations.
3. What information you need from the parties regarding "Initial Witness Notifications of Attendance", currently due on April 28, 2022.

Claimant and its counsel remain flexible as to next steps.

We look forward to hearing back from you soon so that we can plan accordingly.

Thank you,
Ilana Subar
*Counsel for Claimant*



**Ilana Subar** | *Partner*
7 Saint Paul St. | Baltimore, MD | 21202
**t:** 410-347-9419 | **f:** 410.223.4319
isubar@wtplaw.com | www.wtplaw.com

A proud member of two global law firm networks.

 

---

**From:** vleginsky@arbitralis.com <vleginsky@arbitralis.com>
**Sent:** Monday, April 18, 2022 8:43 AM
**To:** Subar, Ilana <isubar@wtplaw.com>; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; S.HASIB78@GMAIL.COM; jailaniw63@gmail.com; 'Nadhrah Naela Abdullah' <nabdullah@pca-cpa.org>; 'Túlio Di Giacomo Toledo' <ttoledo@pca-cpa.org>
**Cc:** Qasimi, Enayat <EQasimi@wtplaw.com>
**Subject:** [EXTERNAL] RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN

Dear Mesdames and Sirs:

I trust you are all well.

I note that the 14 April 2022 has passed and I did not receive the Respondent's Reply to the Claimant's Request to Draw Adverse Inference application. I also did not receive any application from the Respondent for a time extension. Therefore, I will proceed to decide the Claimant's Request to Draw Adverse Inference.

I also note that I did not receive the Respondent's Rejoinder by the due date 14 April 2022, nor did I receive any application from the Respondent for an extension of this deadline's. We shall proceed without the Respondent's Rejoinder.

Thank you for your kind attention to these matters.

Sincerely,

**Victor P. Leginsky, Chartered Arbitrator**
B.Ed., J.D., FCIArb; Certified Mediator




**Mobile +971 50 457 3770**
**Arbitralis ADR**
**Office 2108 Regal Tower**, Business Bay, DUBAI, UAE
**E: vleginsky@arbitralis.com**

---

**From:** vleginsky@arbitralis.com <vleginsky@arbitralis.com>
**Sent:** Friday, 8 April 2022 10:30 AM
**To:** 'Subar, Ilana' <isubar@wtplaw.com>; 'farhad.perzad@acaa.gov.af' <farhad.perzad@acaa.gov.af>; 'farhad_przd@yahoo.com' <farhad_przd@yahoo.com>; 'S.HASIB78@GMAIL.COM' <S.HASIB78@GMAIL.COM>; 'jailaniw63@gmail.com' <jailaniw63@gmail.com>; 'Nadhrah Naela Abdullah' <nabdullah@pca-cpa.org>; 'Túlio Di Giacomo Toledo' <ttoledo@pca-cpa.org>
**Cc:** 'Qasimi, Enayat' <EQasimi@wtplaw.com>
**Subject:** RE: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN

Dear Sirs and Mesdames:

With respect to the Claimant's Request to Draw Adverse Inference, attached to the email below, may I please have the Respondent's Reply to this application by 14 April 2022? If the Respondent requires longer to reply to this application, it may apply for a time extension if it does so prior to 14 April 2022.

Further, as noted in my email to the Parties of 4 April 2022, the step "Respondent's Rejoinder" is also due on 14 April 2022. The Respondent has not indicated if it intends to provide a written statement in these proceedings but we shall wait and see if it files a Rejoinder.

Thank you for your kind attention to these matters.

Sincerely,

**Victor P. Leginsky, Chartered Arbitrator**
B.Ed., J.D., FCIArb; Certified Mediator

 

Mobile +971 50 457 3770
**Arbitralis ADR**
**Office 2108 Regal Tower**, Business Bay, DUBAI, UAE
E: vleginsky@arbitralis.com

---

**From:** Subar, Ilana <isubar@wtplaw.com>
**Sent:** Tuesday, 5 April 2022 10:42 PM
**To:** farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; S.HASIB78@GMAIL.COM; jailaniw63@gmail.com; 'vleginsky@arbitralis.com' <vleginsky@arbitralis.com>; 'Nadhrah Naela Abdullah' <nabdullah@pca-cpa.org>; 'Túlio Di Giacomo Toledo' <ttoledo@pca-cpa.org>
**Cc:** Qasimi, Enayat <EQasimi@wtplaw.com>
**Subject:** PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN

Dear Respondent, Sole Arbitrator, and Registry (PCA):

Attached please find Claimant's Request to Draw Adverse Inference from Respondent's Failure to Respond to Claimant's Document Requests.

Thank you,

Ilana Subar & Enayat Qasimi
*Counsel to Claimant, Olive Group FZ-LLC*



**Ilana Subar** | *Partner*
7 Saint Paul St. | Baltimore, MD | 21202
**t:** 410-347-9419 | **f:** 410.223.4319
isubar@wtplaw.com | www.wtplaw.com

A proud member of two global law firm networks.

 

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.