# EXHIBIT 4

**Subar, Ilana**

---

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; S.HASIB78@GMAIL.COM; jailaniw63@gmail.com; 'vleginsky@arbitralis.com'; 'Nadhrah Naela Abdullah'; 'Túlio Di Giacomo Toledo' |
| **Sent:** | Thursday, October 28, 2021 2:02 PM |
| **Subject:** | Relayed: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC (UNITED ARAB EMIRATES) V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

farhad.perzad@acaa.gov.af (farhad.perzad@acaa.gov.af)

farhad_przd@yahoo.com (farhad_przd@yahoo.com)

S.HASIB78@GMAIL.COM (S.HASIB78@GMAIL.COM)

jailaniw63@gmail.com (jailaniw63@gmail.com)

'vleginsky@arbitralis.com' (vleginsky@arbitralis.com)

'Nadhrah Naela Abdullah' (nabdullah@pca-cpa.org)

'Túlio Di Giacomo Toledo' (ttoledo@pca-cpa.org)

Subject: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC (UNITED ARAB EMIRATES) V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN

**Subar, Ilana**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; S.HASIB78@GMAIL.COM; jailaniw63@gmail.com; 'vleginsky@arbitralis.com'; 'Nadhrah Naela Abdullah'; 'Túlio Di Giacomo Toledo' |
| **Sent:** | Thursday, December 23, 2021 10:59 AM |
| **Subject:** | Relayed: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC  V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

farhad.perzad@acaa.gov.af (farhad.perzad@acaa.gov.af)

farhad_przd@yahoo.com (farhad_przd@yahoo.com)

S.HASIB78@GMAIL.COM (S.HASIB78@GMAIL.COM)

jailaniw63@gmail.com (jailaniw63@gmail.com)

'vleginsky@arbitralis.com' (vleginsky@arbitralis.com)

'Nadhrah Naela Abdullah' (nabdullah@pca-cpa.org)

'Túlio Di Giacomo Toledo' (ttoledo@pca-cpa.org)

Subject: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN

**Subar, Ilana**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; S.HASIB78@GMAIL.COM; jailaniw63@gmail.com; 'vleginsky@arbitralis.com'; 'Nadhrah Naela Abdullah'; 'Túlio Di Giacomo Toledo' |
| **Sent:** | Tuesday, April 5, 2022 3:42 PM |
| **Subject:** | Relayed: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC  V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

farhad.perzad@acaa.gov.af (farhad.perzad@acaa.gov.af)

farhad_przd@yahoo.com (farhad_przd@yahoo.com)

S.HASIB78@GMAIL.COM (S.HASIB78@GMAIL.COM)

jailaniw63@gmail.com (jailaniw63@gmail.com)

'vleginsky@arbitralis.com' (vleginsky@arbitralis.com)

'Nadhrah Naela Abdullah' (nabdullah@pca-cpa.org)

'Túlio Di Giacomo Toledo' (ttoledo@pca-cpa.org)

Subject: PCA CASE N° 2021-34 - OLIVE GROUP FZ-LLC V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF AFGHANISTAN

**Subar, Ilana**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | vleginsky@arbitralis.com; 'Muhib-Ullah Zahid'; 'Ghulam Jailani'; farhad.perzad@acaa.gov.af; farhad_przd@yahoo.com; 's Túlio Di Giacomo Toledo'; satargharwal@gmail.com; 'Hasibullah Soroush'; angarzazai@yahoo.com; anoorahmadzai@gmail.com; 'Sayed Javed Mahboob'; Rishi Agarwal; 'Edward Cheston' |
| **Sent:** | Monday, November 7, 2022 2:48 PM |
| **Subject:** | Relayed: PCA CASE N° 2021-34 – OLIVE GROUP FZ-LLC (UNITED ARAB EMIRATES) V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF ISLAMIC REPUBLIC OF AFGHANISTAN |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

vleginsky@arbitralis.com (vleginsky@arbitralis.com)

'Muhib-Ullah Zahid' (mzahid.afg@gmail.com)

'Ghulam Jailani' (jailaniw63@gmail.com)

farhad.perzad@acaa.gov.af (farhad.perzad@acaa.gov.af)

farhad_przd@yahoo.com (farhad_przd@yahoo.com)

's Túlio Di Giacomo Toledo' (ttoledo@pca-cpa.org)

satargharwal@gmail.com (satargharwal@gmail.com)

'Hasibullah Soroush' (s.hasib78@gmail.com)

angarzazai@yahoo.com (angarzazai@yahoo.com)

anoorahmadzai@gmail.com (anoorahmadzai@gmail.com)

'Sayed Javed Mahboob' (javed.mahboob@gmail.com)

Rishi Agarwal (ragarwal@pca-cpa.org)

'Edward Cheston' (echeston@pca-cpa.org)

Subject: PCA CASE N° 2021-34 – OLIVE GROUP FZ-LLC (UNITED ARAB EMIRATES) V. AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF ISLAMIC REPUBLIC OF AFGHANISTAN