IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLIVE GROUP FZ-LLC,<br><br>*Petitioner*,<br>v.<br><br>AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF ISLAMIC REPUBLIC OF AFGHANISTAN<br><br>*Respondent*. | Case No. 1:24-cv-2170 |

### ORDER GRANTING PETITIONER'S MOTION FOR ALTERNATIVE SERVICE PURSUANT TO 28 U.S.C. § 1608

Upon consideration of Petitioner's Motion for Alternative Service Pursuant to 28 U.S.C. § 1608 ("Motion for Alternative Service"), it is this _____ day of _____, 2024, hereby

**ORDERED** that Petitioner's Motion for Alternative Service is **GRANTED**; and it is further

**ORDERED** that service of a copy of the Petition to Recognize and Enforce Foreign Arbitration Award, along with the supporting Affidavit of Enayat Qasimi (with exhibits), and Summons (collectively the "Petition Papers") upon Respondent shall be effectuated in the following manner:

(a) Petitioner, through its counsel, shall email the Petition Papers to the following representatives of Respondent: (1) Captain Ghulam Jailani Wafa (jailaniw63@gmail.com), (2) Mr. Muhib-Ullah Zahid (mzahid.afg@gmail.com), and (3) Mr. Farhad Perzad (farhad.perzad@acc.gov.af and farhad_przd@yahoo.com).

(b) Petitioner, through its counsel, shall email the Petition Papers to info@mot.gov.af, a general purpose email address listed on the website of Afghanistan's Ministry of Transport & Aviation, https://mot.gov.af/en.

1

(c) Petitioner, through its counsel, shall send the Petition Papers via express mail (such as DHL) to Respondent c/o The Ministry of Transport & Aviation, 01 RTA Road, Ansari Watt, Kabul Afghanistan.

 

_____
Judge
U.S. District Court for the District of Columbia

*13629910*