# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLIVE GROUP FZ-LLC, | |
| Petitioner, | |
| v. | 1:24-cv-02170 (SLS) |
| AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF ISLAMIC REPUBLIC OF AFGHANISTAN, | |
| Respondent. | |

## MOTION FOR REVISION OF JUDGMENT

The Petitioner moves the Court to revise the entry of Judgment made herein, pursuant to Fed. R. Civ. P. 60(a) and (b), for revision of the judgment entry to reflect the amount of judgment, for the reasons set forth in the accompanying Memorandum.

Dated: July 23, 2025

Respectfully submitted,

*/s/Enayat Qasimi*
Enayat Qasimi (987877)
WHITEFORD
1800 M Street, N.W., Suite 450N
Washington, DC 20036
(202) 659-6792
equasimi@whitefordlaw.com

*/s/Jeffrey Seaman*
Jeffrey Seaman (466509)
WHITEFORD
1800 M Street, N.W., Suite 450N
Washington, DC 20036
(301) 804-3619
jseaman@whitefordlaw.com