# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLIVE GROUP FZ-LLC, | |
| Petitioner, | |
| v. | 1:24-cv-02170 (SLS) |
| AFGHANISTAN CIVIL AVIATION AUTHORITY, GOVERNMENT OF ISLAMIC REPUBLIC OF AFGHANISTAN, | |
| Respondent. | |

## MEMORANDUM IN SUPPORT OF MOTION FOR REVISION OF JUDGMENT

The purpose of this Motion is to request that the Court re-issue the Judgment with the dollar amount of the award included. This request arises from the Petitioner's effort to have the Judgment certified and registered in another District so that writs of attachment can be issued by that Court and so that enforcement can be pursued in that District. However, that District requires that the Judgment include the amount awarded before it will accept the judgment for registration and enforcement action.

Accordingly, pursuant to Fed. R. Civ. P. 60(a) and (b)(6), the Petitioner requests that the Court re-enter judgment by endorsing the draft Judgment filed herewith.

Dated: July 23, 2025						Respectfully submitted,

							*/s/ Enayat Qasimi*
							Enayat Qasimi (987877)
							WHITEFORD
							1800 M Street, N.W., Suite 450N
							Washington, DC 20036
							(202) 659-6792
							equasimi@whitefordlaw.com


							*/s/ Jeffrey Seaman*
							Jeffrey Seaman (466509)
							WHITEFORD
							1800 M Street, N.W., Suite 450N
							Washington, DC 20036
							(301) 804-3619
							jseaman@whitefordlaw.com