### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Olive Group FZ-LLC*
              *Plaintiff*

                                          *vs.*                    Case No: 1:24-cv-02170-SLS

*Afghanistan Civil Aviation Authority*
              *Defendant*

### DECLARATION OF SERVICE

*I, Abel Emiru, a Private Process Server, depose and say:*

*That I have been duly authorized to make service of the Writ of Attachment on Judgment Other Than Wages, Salary and Commissions with Interrogatories in Attachment in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 7/23/2025 at 4:52 PM, I served International Air Transportation Association c/o Douglas Lavin, Vice President at 8304 Weller Avenue, McLean, Virginia 22102 with the Writ of Attachment on Judgment Other Than Wages, Salary and Commissions with Interrogatories Attachment by serving Douglas Lavin, Vice President, authorized to accept service.*

*Douglas Lavin is described herein as:*

*Gender:   Male      Ethnicity:   Caucasian        Age:   55      Weight:   180          Height:   6'0"        Hair:   Bald*

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on 07/24/2025*

*Abel Emiru*

*Client Ref Number: 093924.00015*
*Job #:13714763*